IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KIMBERLY CRADDOCK                                                                PLAINTIFF

v.                                        No. 5:17CV00042 JLH

ALLSTATE INSURANCE COMPANY; and
ALLSTATE INDEMNITY COMPANY                                                    DEFENDANTS

## ORDER

Pursuant to the joint stipulation of the parties, this action is remanded to the Circuit Court of Jefferson County, Arkansas.

IT IS SO ORDERED this 24th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE